## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

THE BANK OF NEW YORK MELLON FKA : No. 289 MAL 2015
THE BANK OF NEW YORK, AS :
TRUSTREE FOR THE CERTIFICATE :
HOLDERS OF THE CWMBS INC., CHL : Petition for Allowance of Appeal from
MORTGAGE PASS-THROUGH TRUST : the Order of the Superior Court
2007-17, MORTGAGE PASS-THROUGH :
CERTIFICATES, SERIES 2007-17, :
                         :
          Respondents :
                         :
                         :
        v. :
                         :
                         :
SAYEEDA CHUGHTAI, :
                         :
          Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 17th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.